UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL WOODARD,<br><br>             Plaintiff,<br><br>     v.<br><br>BOEING EMPLOYEES' CREDIT UNION, *et al.*,<br><br>             Defendants. | CASE NO. 2:23-cv-00033-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY DISCOVERY |

This matter comes before the Court on "Defendant Boeing Employees' Credit Union's Motion to Stay Discovery." Dkt. # 14. The motion is unopposed. A stay of discovery while the legal issues related to the adequacy of plaintiff's allegations is necessary to promote efficiency and avoid undue burden and expense. Fed. R. Civ. P. 26(c). BECU has identified "a real question" regarding the viability of the claims asserted against it, and plaintiff has not shown that she will be prejudiced if a stay is ordered. *Wood v. McEwen*, 644 F.2d 797, 802 (9th Cir. 1981). Discovery is hereby STAYED as to BECU.

Dated this 28th day of February, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge