UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL WOODARD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BOEING EMPLOYEES' CREDIT UNION and KAYE-SMITH ENTERPRISES, INC., and DOE 1 through 100, inclusive,<br><br>　　　　　　Defendant. | No.  2:23-cv-0033-RSL<br><br>ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE |

　　　　THIS MATTER having come before the Court on the Stipulated Motion Regarding Discovery and Response Deadline, and the Court having reviewed the files and records herein and being fully advised, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

　　　　1.　　The discovery deadlines, including initial disclosures, pre-trial deadlines, including deadlines to respond to the complaint, be extended as to Kaye-Smith by 45 days from March 16, 2023 to May 1, 2023; and

　　　　2.　　The parties further stipulate that Plaintiff shall have an additional 30 days to respond to a FRCP 12(b) motion from Kaye-Smith, if any.

ORDER GRANTING STIPULATED MOTION
REGARDING DISCOVERY AND RESPONSE
DEADLINE - 1

Wood, Smith, Henning & Berman LLP
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
206-204-6800

1  Dated this 30th day of March, 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
REGARDING DISCOVERY AND RESPONSE
DEADLINE - 2

WOOD, SMITH, HENNING & BERMAN LLP
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
206-204-6800