HON. JAMAL N WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL WOODARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BOEING EMPLOYEES' CREDIT UNION and KAYE-SMITH ENTERPRISES, INC., and DOE 1 through 100, inclusive,<br><br>Defendant. | No. 2:23-cv-033-JNW<br><br>ORDER GRANTING FOURTH STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE |

THIS MATTER having come before the Court on the Stipulated Motion Regarding Discovery and Response Deadline, and the Court having reviewed the files and records herein and being fully advised, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The deadlines for exchanging initial disclosures and filing pleadings responsive to the complaint are stayed as to Kaye-Smith Enterprises Inc. until after the mediation has been held.

ORDER GRANTING FOURTH STIPULATED
MOTION REGARDING DISCOVERY AND
RESPONSE DEADLINE - 1

2. The parties are directed to confirm whether they have selected a mediator and to provide and the Court with their confirmed mediation date by June 23, 2023.

3. In the event mediation is not successful, Kaye-Smith's response to the complaint is due within five (5) business days following mediation.

DATED this 13th day of June, 2023.

                                                                Jamal N. Whitehead
                                                                United States District Judge

ORDER GRANTING FOURTH STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE - 2