UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOEL WOODARD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>     v.<br><br>BOEING EMPLOYEES CREDIT UNION, KAYE-SMITH ENTERPRISES INC, and DOES 1-100,<br><br>    Defendants. | CASE NO. 2:23-cv-00033<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court has STAYED consideration of all currently pending motions in this matter. After this case is assigned to a judge in the District of Oregon, the parties may contact the newly assigned judge to establish a briefing schedule on the currently pending motions (Dkt. Nos. 44, 45).

The Court directs the Clerk to transfer this case immediately to the District of Oregon.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 9th day of August 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2